**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>  1982 Investment LLC,<br><br>    Debtor. | Case No. 22-13397-mdc<br><br>Chapter 11 |

**Order Granting Debtor's Motion for Approval of Disclosure Statement and
for the Fixing of Dates for the Filing of Acceptances, Rejections or
Objections to the Plan**

  **AND NOW**, on this __6th__ day of September 2023, upon consideration of the Debtor's Motion for Approval of Disclosure Statement and for the Fixing of Dates for the Filing of Acceptances, Rejections or Objections to the Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The First Amended Disclosure Statement filed as ECF No. 57 is hereby **APPROVED**.

3. **On or before September 8, 2023**, the Debtor's counsel shall transmit this Order, the Plan, the Disclosure Statement, a letter of transmittal, a ballot that conforms substantially to the Official Form and a self-addressed stamped envelope by mail to creditors and other parties in interest and to the U.S. Trustee as required by Fed. R. Bankr. P. 3017(d).

4. **October 6, 2023, at 5:00 p.m.** is fixed as the deadline by which ballots must be received in order to be considered as acceptances or rejections of the Plan.

5. **October 13, 2023**, is fixed as the date by which the Debtor shall file the Report of Plan Voting. The Report shall include a Certification regarding the service on parties in interest required by Rule 3017(d).

6. **October 13, 2023**, is fixed as the deadline for filing and serving written objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

7. **October 18, 2023, at 11:30 a.m.** is fixed as the date and time for the hearing on confirmation of the Plan, to be held remotely by video conference.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge