# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>1982 Investment LLC,<br><br>Debtor. | Case No. 22-13397-mdc<br><br>Chapter 11 |

## Certificate of Service

I certify that on this date a transmittal letter (ECF No. 65), a copy of the Chapter 11 Plan (ECF No. 38) and First Amended Disclosure Statement (ECF No. 57), the Court's Order of September 6, 2023 (ECF No. 62), a ballot (ECF No. 66), and a postage-paid envelope were served on the parties below as follows:

| Party and Address | Letter | Plan and D.S. | Order | Ballot and Envelope |
|---|---|---|---|---|
| Bucks County Tax Claim Bureau<br>c/o Grim, Biehn & Thatcher<br>P.O. Box 215<br>Perkasie, PA 18944-0215 | ☒ | ☒ | ☒ | ☒ |
| Bensalem Township<br>2400 Byberry Rd<br>Bensalem, PA 19020-6102 | ☒ | ☒ | ☒ | ☐ |
| CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 | ☒ | ☒ | ☒ | ☐ |
| Bensalem Township School District<br>3000 Donallen Dr<br>Bensalem, PA 19020-1898 | ☒ | ☒ | ☒ | ☐ |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | ☒ | ☒ | ☒ | ☐ |
| The Estate Ali Elsayed Elbanna, Deceased<br>c/o Jonathan H. Stanwood, Esq.<br>1617 JFK Blvd. 1 Penn Center, Suite 500<br>Philadelphia, PA 19103 | ☒ | ☒ | ☒ | ☒ |
| Bucks County Water & Sewer Authority<br>1275 Almshouse Rd<br>Warrington, PA 18976-1209 | ☒ | ☒ | ☒ | ☐ |

| Party and Address | Letter | Plan and D.S. | Order | Ballot and Envelope |
|---|---|---|---|---|
| Ast Services Co Inc<br>1000 Germantown Pike Ste F6<br>Plymouth Mtng, PA 19462-2486 | ☒ | ☒ | ☒ | ☐ |
| Dimmerman PC<br>1835 Market St Ste 2626<br>Philadelphia, PA 19103-2931 | ☒ | ☒ | ☒ | ☐ |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | ☒ | ☒ | ☒ | ☐ |
| The Law Offices of Jon Taylor Esquire PC<br>1617 John F Kennedy Blvd Ste 1888<br>Philadelphia, PA 19103-1817 | ☒ | ☒ | ☒ | ☐ |
| Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | ☒ | ☒ | ☒ | ☐ |
| The Warren Law Firm PLLC<br>6060 N Central Expy Ste 500<br>Dallas, TX 75206-5249 | ☒ | ☒ | ☒ | ☐ |
| Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | ☒ | ☒ | ☒ | ☐ |
| U.S. Attorney, Eastern District of Pa.<br>615 Chestnut St Ste 1250<br>Philadelphia, PA 19106-4404 | ☒ | ☒ | ☒ | ☐ |
| SOHO Ramen House Inc.<br>1982 Street Rd<br>Bensalem, PA 19020-3701 | ☒ | ☒ | ☒ | ☐ |
| U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | ☒ | ☒ | ☒ | ☐ |
| Teacups & Pearl Inc.<br>1982 Street Rd<br>Bensalem, PA 19020-3701 | ☒ | ☒ | ☒ | ☐ |

| Party and Address | Letter | Plan and D.S. | Order | Ballot and Envelope |
|---|---|---|---|---|
| Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 | ☒ | ☒ | ☒ | ☐ |
| Wen You Zhang<br>3601 Peach Tree Ln<br>Bensalem, PA 19020-4660 | ☒ | ☒ | ☒ | ☐ |

Dated: September 7, 2023

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com