**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    1982 Investment LLC,

        Debtor.

Case No. 22-13397-mdc

Chapter 11

**Report of Plan Voting**

**AND NOW**, Debtor 1982 Investment LLC submits the Report of Plan Voting as prescribed by the Court's order.

The Debtor reports that no voted ballots have been received by the Debtor at any time since they were mailed to creditors. Accordingly, the plan is deemed rejected by all classes.

Dated: October 13, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com