# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| 1982 INVESTMENT LLC | : | |
| | : | BANKR. NO.  22-13397 (MDC) |
| Debtor | : | |
| | : | |

## PRAECIPE

**Kindly Withdraw** the United States trustee's Motion to Convert or Dismiss Case which is scheduled for a hearing on **November 15, 2023, at 11:30 a.m.** with the Court.

                                                  Respectfully submitted,

                                                  Andrew R. Vara
                                                  United States Trustee
                                                  For Regions 3 and 9

                                      By:   */s/ Kevin P. Callahan*
                                                  Kevin P. Callahan
                                                  Trial Attorney
                                                  Office of United States Trustee
                                                  Robert N.C. Nix Sr. Federal Building
                                                  900 Market Street, Room 320
Dated:  November 14, 2023                  Philadelphia, PA  19107
                                                  (215) 597-4411