IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :        Chapter 11
                                              :
1982 INVESTMENT LLC.                          :
                                              :
                        Debtor                :        Bankruptcy No.:  22-13397 (MDC)
                                              :

**CERTIFICATE OF SERVICE**

  IT IS HEREBY CERTIFIED that on this 14th day of November, 2023, the United

States Trustee's ***Praecipe to Withdraw*** his Motion to Convert or Dismiss, was served upon those

parties as set forth electronically and/or by otherwise noted below.

  Those parties sent service by the United States First Class mail, postage prepaid,

are as follows:

Attn:  Wen You Zhang,
Sole Member
1982 Investment LLC.
3601 Peach Tree Lane
Bensalem, PA 19020-4660
***(Debtor)***
***(By U.S. Mail)***

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
***(Debtor's Counsel)***
***By Email: mail@cibiklaw.com***

       BY: */s/ Nancy Miller*
         Nancy Miller, Legal Clerk