# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　1982 Investment LLC,<br><br>　　　　Debtor. | Case No. 22-13397-mdc<br><br>Chapter 11 |

### Debtor's Motion to Dismiss Case

Debtor 1982 Investment LLC, by and through its attorney, requests that the Court dismiss this case pursuant to 11 U.S.C. § 1112(b)(1).

This case was filed because of the Debtor's dispute with its largest creditor, The Estate of Ali Elsayed Elbanna. After several months of negotiations, the Debtor and the Elbanna Estate have reached a tentative agreement to resolve their dispute. Although the agreement can be performed through this bankruptcy case, the courtesy and cooperation of the Elbanna Estate throughout this case make that unnecessary. Thus, in the interest of judicial economy, and because it is in the best interests of the creditors and the estate, the Debtor requests that this case be dismissed in the form of order attached.

Date: January 12, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com