**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　1982 Investment LLC,<br><br>　　　　Debtor. | Case No. 22-13397-mdc<br><br>Chapter 11 |

**Order Granting Debtor's Motion to Dismiss Case**

　　**AND NOW**, on this _____ day of February 2024, upon consideration of the Debtor's Motion to Dismiss Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge