**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:				:		CHAPTER 11

1982 Investment, LLC

		DEBTOR		:		BKY. NO. 22-13397-mdc

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the MOTION TO DISMISS CASE was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

						Respectfully submitted,

DATE: January 30, 2024			 /s/ Michael A. Cibik
						MICHAEL A. CIBIK, ESQUIRE
						CIBIK LAW, P.C.
						1500 WALNUT STREET, STE. 900
						PHILADELPHIA, PA 19102
						(215) 735-1060