**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 22-13397-mdc |
|---|---|
| 1982 Investment LLC, | Chapter 11 |
| Debtor. | |

**Order Granting Debtor's Motion to Dismiss Case**

**AND NOW**, on this _____7th\_\_ day of February 2024, upon consideration of the Debtor's Motion to Dismiss Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **DISMISSED**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge