United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13397-mdc |
| 1982 Investment LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 1982 Investment LLC, 3601 Peach Tree Ln, Bensalem, PA 19020-4660 |
| cr | + | Bucks County Tax Claim Bureau, c/o Grim, Biehn & Thatcher, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14744384 | | Ast Services Co Inc, 1000 Germantown Pike Ste F6, Plymouth Mtng, PA 19462-2486 |
| 14744385 | | Bensalem Township, 2400 Byberry Rd, Bensalem, PA 19020-6102 |
| 14744386 | + | Bensalem Township School District, 3000 Donallen Dr, Bensalem, PA 19020-1898 |
| 14744387 | + | Bucks County Tax Claim Bureau, 55 E Court St, Doylestown, PA 18901-4318 |
| 14747955 | + | Bucks County Tax Claim Bureau, c/o Kelly L. Eberle, Esq., Michael K. Martin, Esq., P.O. Box 215, Perkasie, PA 18944-0215 |
| 14744388 | | Bucks County Water & Sewer Authority, 1275 Almshouse Rd, Warrington, PA 18976-1209 |
| 14744389 | | Dimmerman PC, 1835 Market St Ste 2626, Philadelphia, PA 19103-2931 |
| 14744394 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14764150 | | SOHO Ramen House Inc., 1982 Street Rd, Bensalem, PA 19020-3701 |
| 14764149 | | Teacups & Pearl Inc., 1982 Street Rd, Bensalem, PA 19020-3701 |
| 14746536 | | The Estate Ali Elsayed Elbanna, Deceased, c/o Jonathan H. Stanwood, Esq., 1617 JFK Blvd. 1 Penn Center, Suite 500, Philadelphia, PA 19103 |
| 14744395 | | The Law Offices of Jon Taylor Esquire PC, 1617 John F Kennedy Blvd Ste 1888, Philadelphia, PA 19103-1817 |
| 14744396 | | The Warren Law Firm PLLC, 6060 N Central Expy Ste 500, Dallas, TX 75206-5249 |
| 14744397 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14744399 | | Wen You Zhang, 3601 Peach Tree Ln, Bensalem, PA 19020-4660 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 08 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14744391 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2024 00:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14744392 | Email/Text: fesbank@attorneygeneral.gov | Feb 08 2024 00:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14744393 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14744398 | ^ MEBN | Feb 08 2024 00:12:41 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14761759 | | Estate of Ali Elsayed Elbanna, Deceased |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| intp | * | The Estate Ali Elsayed Elbanna, Deceased, c/o Jonathan H. Stanwood, Esq., 1617 JFK Blvd. 1 Penn Center, Suite 500, Philadelphia, PA 19103 |
| 14744390 | ## | Estate of Ali Elbanna, c/o Mary Jean Elbanna, 1551 Oak Lawn Ave Apt 144, Dallas, TX 75207-3661 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN H. STANWOOD | on behalf of Interested Party The Estate Ali Elsayed Elbanna Deceased jhs@stanwoodlaw.com, paralegal@stanwoodlaw.com,JonathanHStanwoodLLC@jubileebk.net,wna@stanwoodlaw.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MICHAEL A. CIBIK | on behalf of Debtor 1982 Investment LLC help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor 1982 Investment LLC help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>1982 Investment LLC,<br><br>Debtor. | Case No. 22-13397-mdc<br><br>Chapter 11 |

**Order Granting Debtor's Motion to Dismiss Case**

**AND NOW**, on this \_\_\_7th\_\_\_ day of February 2024, upon consideration of the Debtor's Motion to Dismiss Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **DISMISSED**.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge